IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0056-11






AARON SOMERS, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE TENTH COURT OF APPEALS


BRAZOS COUNTY





 Cochran, J., filed a concurring opinion in which Hervey, J., joined.


O P I N I O N 



 I join the majority opinion with the understanding that we are assessing only the
general scientific reliability of an EMIT test. We are not addressing the question posed by
Judge Meyers and Judge Johnson concerning the relevancy of this EMIT test to a disputed
issue in appellant's trial. We are not addressing whether such an unconfirmed EMIT test
would be admissible when offered to show some purported connection between the results
of the EMIT test and the accident victim's cause of death. We are not addressing the
ultimate admissibility of this "unconfirmed" EMIT test into evidence. And we are certainly
not addressing the question of whether the trial court abused its discretion in excluding this
evidence. Those are entirely distinct questions from the one that we resolve. And those
questions are not before us.


Filed: June 6, 2012

Publish